**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CYPRESS INSURANCE COMPANY**                                            **PLAINTIFF**

**v.**                                    **Case No. 3:19-cv-00114-KGB**

**BRADLEY VEAL, *et al.*,**                                            **DEFENDANTS**

**ORDER**

Before the Court is a motion to withdraw as counsel filed by Emily R. Helmick, who represents the plaintiff Cypress Insurance Company in this matter (Dkt. No. 23).  In the motion, Ms. Helmick states that she has tendered her resignation to Munson, Rowlett, Moore & Boone, P.A. (*Id.*).  Mr. Helmick states that Cypress Insurance Company will continue to be represented by other counsel of record (*Id.*).  For good cause shown, the Court grants the motion to withdraw as counsel (*Id.*).  The Court directs the Clerk to terminate Ms. Helmick as counsel of record for Cypress Insurance Company.

So ordered this 26th day of February, 2021.

_____
Kristine G. Baker
United States District Judge