IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CYPRESS INSURANCE COMPANY**                                                    **PLAINTIFF**

v.                              Case No. 3:19-cv-00114-KGB

**BRADLEY VEAL,** *et al.*,                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Cypress Insurance Company's motion for default judgment is granted against defendants James K. Cole and Phillip Hollis, and judgment is entered in favor of plaintiff Cypress Insurance Company.

The Court declares that, as to defendants Bradley Veal, Mr. Cole, and Mr. Hollis, Cypress Insurance Company has no obligation to defend or indemnify in the state court action arising from the January 16, 2019, complaint filed by Mr. Veal against Mr. Cole; Mr. Cole d/b/a Coles Transport d/b/a Cole's Transport a/k/a Cole Transport; Mr. Hollis; and Multiple John Does and John Doe entities in the Circuit Court of Craighead County, Arkansas.

So adjudged this 23rd day of March, 2021.

_____
Kristine G. Baker
United States District Judge